UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE<br>COMPLAINT OF THE OWNERS OF<br>THE M/V UNCLE ROBERT FOR<br>EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO: 18-10526<br><br>SECTION: T(2) |

# ORDER

Before the Court is a Motion to Clarify Scheduling Order[1] filed by Alexis Marine, LLC ("Alexis Marine"), as owner of the M/V UNCLE ROBERT. The motion is opposed.[2] For the following reasons, the Motion to Clarify Scheduling Order[3] is **GRANTED.**

## FACTUAL AND PROCEDURAL BACKGROUND

This matter arises from a casualty on May 7, 2018, in which a fire broke out in the engine room of the UNCLE ROBERT. The vessel subsequently lost power and allided with barges and property in the vicinity of the Poland Avenue Wharf in New Orleans. Alexis Marine commenced this limitation proceeding as owner of the UNCLE ROBERT on November 5, 2018.[4] Shacall Johnson, Valerie Harris, Deleverly Fisher, James Bush and Shawndrake Nettles ("personal injury claimants") filed claims in the limitation alleging they sustained injuries while working inside barges contacted by the UNCLE ROBERT during the incident. Alexis Marine has now filed a motion to clarify the Court's Scheduling Order[5] contending that Alexis Marine and the personal

---

[1] R. Doc. 52.
[2] R. Doc. 65.
[3] R. Doc. 52.
[4] R. Doc. 1.
[5] R. Doc. 44.

injury claimants are disputing which parties are considered "plaintiffs" for purposes of the Court's Scheduling Order.[6]

## LAW AND ANALYSIS

In *In re Rainbow Marine Contractors, Inc.*, 2010 WL 1729184 (E.D. La. Apr. 8, 2010), *report and recommendation adopted,* 2010 WL 1729185 (E.D. La. Apr. 27, 2010) and *In re TCB Marine, Inc.*, 1997 WL 639021, at *1 (E.D. La. Oct. 16, 1997), this district confirmed that the claimants in a limitation of liability action are considered "plaintiffs" for purposes of the scheduling order. Although the personal injury claimants attempt to distinguish this case, the Court finds the reasoning in *TCB Marine* and *Rainbow Marine Contractors, Inc.* to be applicable here.

## CONCLUSION

Accordingly, for the foregoing reasons, **IT IS ORDERED** that Motion to Clarify Scheduling Order[7] is **GRANTED,** and that Alexis Marine, LLC be designated defendant and the personal injury claimant be designated as the plaintiffs for purposes of the Court's Scheduling Order.[8]

**New Orleans, Louisiana**, on this 27th day of February, 2020.

                          **GREG GERARD GUIDRY**
                          **UNITED STATES DISTRICT JUDGE**

---

[6] R. Doc. 44.
[7] R. Doc. 52.
[8] R. Doc. 44.